In the Matter of the Application of KRELLBERG & FITZSIMONS, for an Order Fixing Their Attorneys' Fees Pursuant to Section 231-a, S. C. A., in the Estate of ELLA CAROLYN LERSNER ROTHWELL, Also Known as ELLA CAROLYN LERSNER, Deceased. CHARLES F. ADAMS, JR., One of the Executors, etc., of ELLA CAROLYN LERSNER ROTHWELL, Also Known as ELLA CARLOYN LERSNER, Appellant, Respondent; JAMES M. FITZSIMONS and ARTHUR J. HOMANS, Comprising the Firm of KRELLBERG & FITZSIMONS, Attorneys, Respondents, Appellants.— Cross-appeals from a decree of the Surrogate's Court, Queens County, fixing compensation of attorneys for the executors of a decedent's estate. On appeal by the appellant Charles F. Adams, Jr., decree unanimously affirmed, without costs. On appeal by petitioners-appellants, decree, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of DAISY SALZER, Surviving Trustee, and TILLY WILE, as Executrix, etc., of JEROME WILE, Deceased Trustee under the Last Will and Testament of MARCUS SCHWARZ, Deceased. SAIDEE KLEIN (Cited Herein as SADIE KLEIN), NORMA GIPS, CLAUDIA K. STEINER, FLORA PLECHNER and LENORE SCHMELZER (Cited Herein as LEONORA SCHMELZER), Appellants; DAISY SALZER, Surviving Trustee, and TILLY WILE, as Executrix, etc., of JEROME WILE, Deceased Trustee, etc., of MARCUS SCHWARZ, Deceased, and CHARLES MARGETT, Special Guardian for ROBERT SALZER, RICHARD GIPS, EDGAR E. HEILPRIN, RENEE WILE, CLAUDIA GIPS, MARTIN SCHMELZER and WILLIAM SCHMELZER, Infants, etc., Respondents.— Appeal by some of the distributees of the estate of Marcus Schwarz, deceased, from so much of a decree of the Surrogate's Court, Queens County, made upon the settlement of the trustees' intermediate account, as fixed the amount of the allowance to the attorney for the estate and the special guardian of the infant remaindermen. Decree of the Surrogate's Court, Queens County, modified by fixing and allowing Ben Charles Asher, as attorney, for services rendered to the estate, the sum of $1,500, plus his disbursements of $68.39, and by fixing and allowing the compensation of the special guardian at $350, instead of the respective amounts fixed by the decree. As thus modified, the decree, in so far as appealed from, is unanimously affirmed, with costs to the appellants, payable out of the estate, and the matter remitted to the Surrogate's Court for the entry of a decree accordingly. In our opinion the amounts fixed and allowed by the surrogate for the attorney's compensation and compensation for the special guardian are excessive. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HARRY KERSHNAR, GEORGE KERSHNAR, MORTON KERSHNAR, SIMON KERSHNAR and PAULINE KERSHNAR, Copartners Doing Business under the Firm Name and Style of KERSHNAR BROS. LIVE POULTRY MARKET, Respondents, v. MAX HELLER, as President, or SAM LEWIS, as Treasurer, of Chicken Drivers, Chauffeurs and Helpers Union Local No. 167, Appellant.— Judgment permanently enjoining the defendant from picketing plaintiffs' place of business and the places of business of their customers, and from interfering with the conduct of plaintiffs' business unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.